# Jesse Rochman

| | |
|---|---|
| **From:** | Wolf, Timothy <twolf@bjpc.com> |
| **Sent:** | Thursday, January 10, 2013 11:32 AM |
| **To:** | Martin L. Daesch |
| **Cc:** | Jesse Rochman |
| **Subject:** | RE: GCAC v Deaver [SPVG1.FID455371] |

Marty,

I talked to my client about the insurance policies and we have requested certified copies from the agent to ensure completeness.  We have been promised to receive them by Jan 24, at the latest.  Will you agree grant us a continuance of the due date for outstanding discovery responses under the most recent court order until March 15?  This will allow the parties to focus on potential settlement rather than litigation.  Thanks Tim.

**Timothy J. Wolf**

---

**From:** Martin L. Daesch [mailto:mdaesch@sandbergphoenix.com]
**Sent:** Monday, January 07, 2013 11:41 AM
**To:** Wolf, Timothy
**Subject:** GCAC v Deaver [SPVG1.FID455371]

Tim,

Just left you a vm.  When you have a chance please give me a call.

Martin L. Daesch
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue 15th Floor
St. Louis, MO 63101
Direct: 314-446-4287
Tel: 314-231-3332
Fax: 314-241-7604
mdaesch@sandbergphoenix.com
www.sandbergphoenix.com

**Please note my new email address. View the firm's website at its new address:** www.sandbergphoenix.com
SANDBERG PHOENIX & VON GONTARD P.C. EMAIL CONFIDENTIALITY NOTICE:
This e-mail message and any attachments are confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this communication in error, or are not the named recipient(s), please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.

IRS CIRCULAR 230 NOTICE:
To comply with the requirements imposed by the Internal Revenue Code, to the extent this e-mail, including attachments, contains an opinion on one or more Federal tax issues, such opinion was not written to be used and cannot be used for the purpose of avoiding penalties. If you would like a formal written opinion on a particular tax matter which you can rely for the purpose of avoiding penalties, please contact us.

CONFIDENTIALITY NOTE: This message is from a law firm and contains information for the sole use of the intended recipient that may be privileged, attorney work product, or exempt from disclosure under applicable

law. If you are not the intended recipient, any distribution, dissemination, or copying of this message, including any attachments, is strictly prohibited. If you received this message in error, or are not the proper recipient, please notify the sender at either the email address or telephone number above and delete this email (and any attachments) from your computer without copying or forwarding it. Thank you.